IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fisher, Larry

Printed: 7/22/08

Case Number: 08 B 14763
Judge: Wedoff, Eugene R
Filed: 6/9/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Illinois Dept Of Financial & Professiona | Secured | 1,000.00 | 0.00 |
| 2. | Wells Fargo Auto Finance | Secured | 35,595.10 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 13,000.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 18,826.62 | 0.00 |
| 5. | B-Real LLC | Unsecured | 111.05 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 240.58 | 0.00 |
| 7. | Village of Calumet Park | Unsecured | 24.68 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 28.99 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 974.15 | 0.00 |
| 10. | Wells Fargo Financial Bank | Unsecured | 179.73 | 0.00 |
| 11. | Elite Recovery Services | Unsecured | 60.12 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 29.65 | 0.00 |
| 13. | CBCS | Unsecured |  | No Claim Filed |
| 14. | AFNI | Unsecured |  | No Claim Filed |
| 15. | HSBC | Unsecured |  | No Claim Filed |
| 16. | American General Finance | Unsecured |  | No Claim Filed |
| 17. | Charter One Bank | Unsecured |  | No Claim Filed |
| 18. | Comcast | Unsecured |  | No Claim Filed |
| 19. | Asset Acceptance | Unsecured |  | No Claim Filed |
| 20. | Columbus Bank & Trust | Unsecured |  | No Claim Filed |
| 21. | HSBC | Unsecured |  | No Claim Filed |
| 22. | Comcast | Unsecured |  | No Claim Filed |
| 23. | Citibank | Unsecured |  | No Claim Filed |
| 24. | H & F Law Offices | Unsecured |  | No Claim Filed |
| 25. | Franklin Collection | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fisher, Larry

Printed: 7/22/08

Case Number: 08 B 14763
Judge: Wedoff, Eugene R
Filed: 6/9/08

| | | | | |
|---|---|---|---|---|
| 26. | Web Bank | Unsecured | | No Claim Filed |
| 27. | HSBC | Unsecured | | No Claim Filed |
| 28. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 29. | Nicor Gas | Unsecured | | No Claim Filed |
| 30. | New York Div Child Support Enforcement | Unsecured | | No Claim Filed |
| 31. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 32. | Unique National Collection | Unsecured | | No Claim Filed |
| 33. | USCB | Unsecured | | No Claim Filed |
| 34. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 35. | TCF Bank | Unsecured | | No Claim Filed |
| 36. | American General Finance | Unsecured | | No Claim Filed |
| 37. | Web Bank | Unsecured | | No Claim Filed |

$ 70,070.67        $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate        Total Fees

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

