# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Fisher, Patricia D | Case Number:  08 B 14763 |
| | Judge:  Wedoff, Eugene R |
| Printed: 02/03/09 | Filed:  6/9/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  October 30, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,470.00 | |
| Secured: | | 1,374.41 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 95.59 |
| Other Funds: | | 0.00 |
| Totals: | 1,470.00 | 1,470.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 3,123.00 | 0.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept Of Financial & Professiona | Secured | 1,000.00 | 31.10 |
| 4. | Wells Fargo Auto Finance | Secured | 34,983.57 | 1,343.31 |
| 5. | HomEq Servicing Corp | Secured | 17,608.67 | 0.00 |
| 6. | Internal Revenue Service | Priority | 11,593.62 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 28.99 | 0.00 |
| 8. | Elite Recovery Services | Unsecured | 60.12 | 0.00 |
| 9. | Village of Calumet Park | Unsecured | 24.68 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 179.73 | 0.00 |
| 11. | Village of Calumet Park | Unsecured | 43.25 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 29.65 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 38.31 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 21.04 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 27.26 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 970.80 | 0.00 |
| 17. | B-Real LLC | Unsecured | 111.05 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 240.58 | 0.00 |
| 19. | AFNI | Unsecured | | No Claim Filed |
| 20. | American General Finance | Unsecured | | No Claim Filed |
| 21. | Charter One Bank | Unsecured | | No Claim Filed |
| 22. | American General Finance | Unsecured | | No Claim Filed |
| 23. | CBCS | Unsecured | | No Claim Filed |
| 24. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 25. | Comcast | Unsecured | | No Claim Filed |
| 26. | H & F Law Offices | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fisher, Patricia D

Printed: 02/03/09

Case Number: 08 B 14763

Judge: Wedoff, Eugene R

Filed: 6/9/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Comcast | Unsecured | | No Claim Filed |
| 28. | Franklin Collection | Unsecured | | No Claim Filed |
| 29. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 30. | New York Div Child Support Enforcement | Unsecured | | No Claim Filed |
| 31. | HSBC | Unsecured | | No Claim Filed |
| 32. | HSBC | Unsecured | | No Claim Filed |
| 33. | TCF Bank | Unsecured | | No Claim Filed |
| 34. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 35. | Nicor Gas | Unsecured | | No Claim Filed |
| 36. | Unique National Collection | Unsecured | | No Claim Filed |
| 37. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 38. | USCB | Unsecured | | No Claim Filed |
| 39. | HSBC | Unsecured | | No Claim Filed |
| 40. | Web Bank | Unsecured | | No Claim Filed |
| 41. | Web Bank | Unsecured | | No Claim Filed |
| | | | $ 70,084.32 | $ 1,374.41 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 93.39 |
| 6.6% | 2.20 |
| | $ 95.59 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: